**In re: Henry T. SANDERS, Petitioner.**

No. 04–1183.

United States Court of Appeals, Fourth Circuit.

Submitted: May 27, 2004.

Decided: June 3, 2004.

Henry T. Sanders, Petitioner pro se.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry T. Sanders has filed a petition for writ of mandamus requesting that this court vacate an order of the district court. Mandamus relief is available only when the petitioner has a clear right to the relief sought. *See In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir.1988). Mandamus may not be used as a substitute for appeal. *In re United Steelworkers,* 595 F.2d 958, 960 (4th Cir.1979). Further, mandamus relief is only available when there are no other means by which the relief sought could be granted. *In re Beard,* 811 F.2d 818, 826 (4th Cir.1987). Sanders has not shown that the relief sought is not available by other means. Accordingly, although we grant Sanders' motion to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because

**950**

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*

We deny Allen's petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*